# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>                Plaintiff,<br><br>    v.<br><br>NAVIGATE REAL ESTATE CO.,<br><br>                Defendant. | Case No. 23-cv-2166-BAS-KSC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE (ECF No. 8)** |

      Presently before the Court is Plaintiff Collette Stark ("Plaintiff")'s Notice of Dismissal. (ECF No. 8.) Under Rule 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A). Here, Defendant Navigate Real Estate Company ("Navigate" or "Defendant") has filed neither an answer nor a motion for summary judgment. Accordingly, this Court **GIVES EFFECT** to Plaintiff's Notice of Dismissal against Defendant Navigate. (ECF No. 8.) Per Rule 41(a)(1)(B), the dismissal shall be **WITHOUT PREJUDICE** because the parties have not otherwise stipulated. Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is **DIRECTED** to close this matter.

      **IT IS SO ORDERED.**

**DATED: May 6, 2024**

Hon. Cynthia Bashant
United States District Judge